UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEREK DEMEO,

                        Plaintiff,           1:07-CV-1275

    v.

JOSHUA KEAN; M.K. REYNER; DORIAN TUCKER;
PHLIP 'N SPILL, INC., Individually and doing business
as The Bayou Café,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LUIBRAND LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>950 New Loudon Road<br>Latham, NY 12110 | KEVIN A. LUIBRAND, ESQ. |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General of the<br>  State of New York<br>Attorney for Defendants Kean and Reyner<br>Department of Law<br>The Capitol<br>Albany, NY 12224 | CHARLES J. QUACKENBUSH, ESQ.<br>Asst. Attorney General |
| LEMERY, GREISLER LAW FIRM, LLC<br>Attorneys for Defendants Tucker and<br>   Phlip 'N Spill, Inc.<br>50 Beaver Street, 2d Floor<br>Albany, NY 12207 | GRETCHEN M. GREISLER, ESQ. |

DAVID N. HURD
United States District Judge

# O R D E R

      On December 12, 2011, defendant Phlip 'N Spill, Inc. ("Phlip 'N Spill") filed a notice

of appeal with respect to the final judgment and the November 15, 2011,

Memorandum–Decision and Order ("Order") denying its post-trial motions.  On December 22, 2011, plaintiff Derek DeMeo filed a notice of cross-appeal with respect to the Order.  Thereafter, Phlip 'N Spill requested an official transcript of the trial testimony of Ralph Spillenger on September 13, 2011, as well as the oral ruling regarding the parties' objections to the final jury instructions on September 20, 2011.  Plaintiff now seeks an order directing Phlip 'N Spill to order, and pay for, an official transcript of the entire six-day trial.  Phlip 'N Spill opposes this motion.

    Plaintiff's motion must be filed with the Second Circuit pursuant to Federal Rule of Appellate Procedure 27.  Therefore, it is ORDERED that plaintiff's motion (Dkt. No. 188) is DENIED without prejudice.

    IT IS SO ORDERED.

_____
United States District Judge

Dated: March 5, 2012
       Utica, New York.